USDC SCAN INDEX SHEET

















SMV    4/5/06    14:18

3:05-CV-02112   KEARNEY V. FOLEY AND LARDNER

*13*

*M.*

1  **STUTZ ARTIANO SHINOFF & HOLTZ**
   *A Professional Corporation*
2  Daniel R. Shinoff, Esq. (State Bar No. 99129)
   Susan H. Bartelstone, Esq. (State Bar No. 221856)
3  First National Bank Building
   401 West "A" Street, 15th Floor
4  San Diego, CA 92101
   Tel: (619) 232-3122
5  Fax: (619) 232-3264

6  Attorneys for Defendant MICHAEL T. McCARTY
   Exempt from filing fee - Government Code sections 6103 & 26857
7



FILED

APR - 4 2006

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8              **UNITED STATES DISTRICT COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA**

10

11  JOAN BROWN KEARNEY,              Case No.  05-CV 2112 L (LSP)

12              Plaintiff,            ICJ:    M. James Lorenz
                                      Ctrm:   14
13       vs.                          DATE:   5/15/06
                                      TIME:   10:30 a.m.
14  FOLEY AND LARDNER, a limited
    liability partnership; GREGORY V.  **NOTICE OF McCARTY'S SPECIAL**
15  MOSER; LARRY L. MARSHALL; and     **MOTION TO STRIKE [CCP § 425.16]**
    MICHAEL T. McCARTY,
16                                    *COMPLAINT FILED:*
              Defendants.            TRIAL DATE:        None Set
17

18       **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

19       **PLEASE TAKE NOTICE** that on May 15, 2005, 10:30 a.m. in Department 14 of the

20  above-entitled court, Defendants will move the Court for a special motion to strike Plaintiff's

21  complaint pursuant to California Code of Civil Procedure section 425.16, and for attorney's fees

22  and costs to be offered.  The basis for this motion is Plaintiff has sued Defendants in order to

23  chill the valid exercise of their constitutional rights, but the law protects Defendants statements

24  and conduct made before or in connection with judicial proceedings.  This motion shall be based

25  upon this notice, the memorandum of points and authorities attached hereto, all lodgements

26  pursuant to Code of Civil Procedure Section 425.16(c), Declaration of Susan H. Bartelstone,

27  / / /

28  / / /

1

(@PFDesktop\::ODMA/WORLDOX/G:/DATA/1017/1001/PL/06011453.WPD

1  declaration of Michael T. McCarty, and other matters which the Court may properly receive at

2  the time of the hearing.

3

4  DATED:  April 4, 2006            STUTZ ARTIANO SHINOFF & HOLTZ
                                *A Professional Corporation*

5

6                                By: _____

7                                      Daniel R. Shinoff

8                                    Susan H. Bartelstone
                          Attorneys for Defendant MICHAEL T. McCARTY

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**McCarty's Notice of Special Motion to Strike**