USDC SCAN INDEX SHEET










SMV 4/5/06 14:55

3:05-CV-02112 KEARNEY V. FOLEY AND LARDNER

*18*

*M.*

MARK C. ZEBROWSKI (CA SBN 110175)
GREG A. KLAWITTER (CA SBN 222746)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
Email: MZebrowski@mofo.com

FILED
2006 APR -4 PM 1:07
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RO DEPUTY

Attorneys for Defendants
FOLEY AND LARDNER, GREGORY V. MOSER, AND
LARRY L. MARSHALL

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

JOAN BROWN KEARNEY,

Plaintiff,

v.

FOLEY AND LARDNER, a limited liability partnership; GREGORY V. MOSER; LARRY L. MARSHALL; and MICHAEL T. McCARTY,

Defendants.

Case No. 05 CV 2112 L (LSP)

**DEFENDANTS FOLEY AND LARDNER, LLP, GREGORY V. MOSER, AND LARRY L. MARSHALL'S NOTICE OF MOTION AND SPECIAL MOTION TO STRIKE PLAINTIFF'S FOURTH, FIFTH, SIXTH AND SEVENTH CAUSES OF ACTION**

**[C.C.P. § 425.16]**

Date: May 15, 2006
Time: 10:30 a.m.
Judge: Hon. M. James Lorenz
Location: Courtroom 14

**TO PLAINTIFF AND HER COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to California Civil Procedure Code section 425.16, on May 15, 2006, at 10:30 a.m., or as soon thereafter as counsel may be heard by the above-entitled Court, defendants Foley and Lardner, LLP, Gregory V. Moser, and Larry L. Marshall ("defendants") will, and hereby do, move the Court for an order striking the Fourth through Seventh Causes of Action of plaintiff Joan Brown Kearney's ("plaintiff") First Amended Complaint ("FAC").

ORIGINAL

18 smr



This motion is brought on the grounds that plaintiff's Fourth, Fifth, Sixth and Seventh Causes of Action arise from defendants' conduct in furtherance of their right to petition; the foregoing claims are subject to insurmountable legal defenses; and plaintiff fails to plead viable legal claims against defendants.

This motion will be based upon this Notice, the accompanying Memorandum of Points and Authorities, Request for Judicial Notice, Declaration of Greg Klawitter, and Notice of Lodgment, upon any such further arguments that the Court may request, and upon the complete files and records of this action.

Dated: April 4, 2006

MORRISON & FOERSTER LLP

By: ______________________

Mark C. Zebrowski
Greg A. Klawitter
Attorneys for Defendants
FOLEY AND LARDNER, GREGORY M. MOSER, AND LARRY L. MARSHALL