UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN BROWN KEARNEY,<br><br>          Plaintiff,<br><br>v.<br><br>FOLEY AND LARDNER, *et al.*,<br><br>          Defendants. | Civil No. 05-CV-2112-L(LSP)<br><br>**ORDER SETTING BRIEFING ON DEFENDANT'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME [doc. #56]** |

Defendant Michael T. McCarthy seeks, *ex parte*, an extension of time in which to file his motion for attorney's fees. Good cause appearing, **IT IS ORDERED** that plaintiff may serve and file an opposition to McCarty's *ex parte* application no later than May 18, 2007 at noon. No reply shall be filed. **IT IS FURTHER ORDERED** the Court will determine the application without oral argument.

**IT IS SO ORDERED.**

DATED: May 16, 2007

M. James Lorenz
United States District Court Judge

. . .

. . .

. . .

1 | COPY TO:

2 | HON. LEO S. PAPAS
3 | UNITED STATES MAGISTRATE JUDGE

4 | ALL PARTIES/COUNSEL