# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN BROWN KEARNEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FOLEY AND LARDNER, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil No. 05-CV-2112-L(LSP) <br><br> **ORDER SETTING BRIEFING ON DEFENDANTS'** *EX PARTE* **APPLICATION FOR EXTENSION OF TIME [doc. #64]** |

Defendants Foley and Lardner, Gregory V. Moser, and Larry L. Marshall seek, *ex parte*, an extension of time in which to file their motion for attorney's fees.[1]  Good cause appearing, **IT IS ORDERED** that plaintiff may serve and file an opposition to defendants' *ex parte* application no later than June 15, 2007 at noon.  No reply shall be filed.  **IT IS FURTHER ORDERED** the Court will determine the application without oral argument.

**IT IS SO ORDERED.**

DATED: June 12, 2007

M. James Lorenz
United States District Court Judge

---

[1] The Court notes that defendants motion has already been filed but was not filed within the Rule 54 time period.

1 | COPY TO:
2 | HON. LEO S. PAPAS
3 | UNITED STATES MAGISTRATE JUDGE
4 | ALL PARTIES/COUNSEL