1
2
3
4
5
6
7
8

9               UNITED STATES DISTRICT COURT

10              SOUTHERN DISTRICT OF CALIFORNIA

11

12   JOAN BROWN KEARNEY,              )   Civil No. 05-CV-2112-L(LSP)
                                       )
13              Plaintiff,            )   **ORDER GRANTING DEFENDANT**
                                       )   **McCARTY'S RENEWED MOTION**
14   v.                               )   **FOR ATTORNEYS' FEES [doc. #80]**
                                       )
15   FOLEY AND LARDNER, *et al.*,     )
                                       )
16              Defendants.           )
                                       )
17   _____ )

18       Defendant Michael T. McCarthy[1] ("McCarty" or defendant") moved for an award of

19   attorneys' fees in the amount of $42,802.00 for his successful motions to dismiss [doc. #8], to

20   strike the complaint [doc. #13], and to strike plaintiff's sixth and seventh causes of action [doc.

21   #15].  Plaintiff opposed the motion.  After careful consideration the Court granted in part and

22   denied in part McCathy's motion.  The Court granted all reasonable attorneys' fees associated

23   with the entirety of defendant's motion to strike and all reasonable attorneys' fees for his motion

24   to dismiss the federal claims insofar as the work performed on defendants' dismissal motion was

25   premised on the *Noerr-Pennington* doctrine.  The Court also concluded that the hourly rate

26   _____

27       [1]    Other defendants include the law firm of Foley and Lardner, LLC, and two
     individuals,  Moser and Marshall, who were Foley partners during the relevant time and who
     represented the District in the eminent domain action.  These defendants also filed a renewed
28   motion for attorneys' fees that is the subject of a previously entered Order.

1  charged was reasonable.  But the Court found that McCarty's records were somewhat vague as

2  to the work accomplished and there was inadequate differentiation between allowable and non-

3  allowable fees in his billing records.  The Court therefore provided defendant with an

4  opportunity to file a renewed motion for attorneys' fees that would address the Court's concerns.

5  Defendant McCarty filed a renewed motion and this time seeks attorneys' fees in the amount of

6  $19,741.00.  Plaintiff continues to object to McCarty's  request contending the time records are

7  vague and lacking in segregation.  Plaintiff also objects to attorneys' fees for travel time during

8  the period from February 20, 2006 through March 7, 2007.

9       The records defendants kept in the ordinary course of their engagement are sufficient to

10  award attorneys' fees.  Counsel is not required to perfectly segregate their fees, particularly

11  when legal theories overlap or coincide as in this case.  Further, plaintiff's attempt to suggest an

12  "objective" means of calculating the proportion of defendant's fees attributable to recoverable

13  work is neither objective nor reasonable.  Page length or number of paragraphs devoted to an

14  issue does not provide a basis for computing time spent on an argument as plaintiff is well

15  aware.

16       Although the Court held that defendant was entitled to "all work completed from

17  February 20, 2006 through March 7, 2007," plaintiff argues defendant should not be awarded

18  travel time during that period because defendant did not seek to recover travel time after March

19  7, 2006.  Plaintiff's argument is without merit and borders on frivolous.  Not seeking travel costs

20  after a particular date does not provide a logical basis for suggesting previously incurred travel

21  expenses are unreasonable.

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1        Having reviewed the filings and supporting documents presented by the parties, the Court

2  concludes that defendant McCarty's renewed motion is sufficiently supported to cure any

3  ambiguity the Court previously found and the amount sought is reasonable.  Accordingly,

4  defendant McCarty's renewed motion for attorneys' fees is **GRANTED in the amount of**

5  **$19,741.00.**  Arrangements for payment shall be made within 15 days of the filing of this Order.

6        **IT IS SO ORDERED.**

7  DATED: October 29, 2008

8  _____

    M. James Lorenz

9  United States District Court Judge

10  COPY TO:

11  HON. LEO S. PAPAS
    UNITED STATES MAGISTRATE JUDGE

12

13  ALL PARTIES/COUNSEL

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28